ANDREW L. PACKARD (Cal. Bar No. 168690)
ERIK M. ROPER (Cal. Bar No. 259756)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 736-9227
E-mail: info@packardlawoffices.com

MICHAEL R. LOZEAU (Cal. Bar No. 143892)
Lozeau Drury LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: michael@lozeaudrury.com

Attorneys for Plaintiff California Sportfishing Protection Alliance

DANIEL J. HEALY (Cal. Bar No. 126730)
KELLY J. TRUJILLO (Cal. Bar No. 244286)
Law Office of Daniel J. Healy
601 Carolina Street
Vallejo, California 94590
Tel: (707) 553-7360
Fax: (415) 553-7364

Attorneys for Defendant Castle & King, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASTLE & KING, INC.,<br><br>Defendant. | Case No. CIV.S-09-0819 FCD DAD<br><br>**ORDER FOR PARTIES TO ENGAGE IN EARLY SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE DALE A. DROZD**<br><br>Hearing Date: May 20, 2010<br>Time: 10:00 a.m.<br>Before: Hon. Frank C. Damrell, Jr. |

The parties to the above-captioned matter have entered into a Joint Stipulation For Early Settlement Conference ("the Stipulation"). Having considered the Stipulation, and good cause appearing, the Court orders the parties to engage in an early settlement conference before Magistrate

1

1  Judge Dale A. Drozd to take place on Thursday, May 20, 2010 at 10:00 a.m. in Court Room 27 of the
2  federal court building located at 501 I Street, Sacramento, California.  The Court further orders the
3  parties to each submit a Settlement Conference Statement to Magistrate Judge Drozd no later than
4  Thursday, May 13, 2010.  The parties have waived their rights, if any, to disqualify Magistrate Judge
5  Drozd from hearing any discovery disputes that may arise in the future between the parties so that he
6  may conduct the requested settlement conference.

**IT IS SO ORDERED.**

Dated:  March 10, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE