ANDREW L. PACKARD (Cal. Bar No. 168690)
ERIK M. ROPER (Cal. Bar No. 259756)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 736-9227
E-mail: info@packardlawoffices.com

MICHAEL R. LOZEAU (Cal. Bar No. 143892)
Lozeau Drury LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: michael@lozeaudrury.com

Attorneys for Plaintiff California Sportfishing Protection Alliance

DANIEL J. HEALY (Cal. Bar No. 126730)
KELLY J. TRUJILLO (Cal. Bar No. 244286)
Law Office of Daniel J. Healy
601 Carolina Street
Vallejo, California 94590
Tel: (707) 553-7360
Fax: (415) 553-7364

Attorneys for Defendant Castle & King, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASTLE & KING, INC.,<br><br>Defendant. | Case No. S-09-0819-FCD-DAD<br><br>**ORDER EXTENDING DEADLINES RELATING TO DISCOVERY, EXPERT WITNESSES AND MOTION HEARING SCHEDULE**<br><br>Before: Hon. Frank C. Damrell<br>Trial Date: October 18, 2011 |

On July 29, 2009, the Court issued a Status (Pretrial Scheduling) Order in the above-captioned action ("the Status Order"). Broadly stated, the Status Order requires, among other things, that: (1) All discovery shall be completed by May 21, 2010 (Status Order, § IV); (2) the parties must designate their

1
ORDER EXTENDING DEADLINES RELATING TO
DISCOVERY, EXPERT WITNESSES AND MOTION HEARING SCHEDULE
Case No. S-09-0819-FCD-DAD

1  expert witnesses not later than August 20, 2010 (Status Order, § V); (3) the parties must designate any

2  supplemental expert witnesses by September 24, 2010 (Id.); (4) all expert discovery shall be completed

3  by December 17, 2010 (Id.); and, (5) all dispositive motions, except motions for continuances,

4  temporary restraining orders or other emergency applications, shall be heard no later than February 25,

5  2011 (Status Order, § VI).

6  In the interest of facilitating the parties' ongoing efforts to achieve a mutually agreeable

7  settlement, the parties to the above-captioned matter have entered into a Joint Stipulation For Extension

8  Of Deadlines Relating To Discovery And Expert Witnesses ("the Joint Stipulation"). Having

9  considered the Joint Stipulation, and good cause appearing, the Court orders the aforementioned

10 deadlines amended as follows: (1) all discovery shall be completed by August 19, 2010; (2) no later

11 than November 18, 2010, all counsel are to designate in writing, file with the Court, and serve upon all

12 other parties the name, address, and area of expertise of each expert that they propose to tender at trial;

13 and, (3) no later than December 23, 2010, any party who previously disclosed expert witnesses may

14 submit a supplemental list of expert witnesses who will express an opinion on a subject covered by an

15 expert designated by an adverse party, if the party supplementing an expert witness designation has not

16 previously retained an expert to testify on that subject; (4) all expert discovery shall be completed by

17 March 17, 2011; and, (5) all dispositive motions, except motions for continuances, temporary

18 restraining orders or other emergency applications, shall be heard no later than May 26, 2011.

19 This Order does not alter or amend the dates set in the Status Order for the parties' final pretrial

20 conference or the trial. Accordingly, the parties' Final Pretrial Conference is still set for August 5,

21 2011, at 1:30 p.m. (Status Order, § VII); and, trial is still set for October 18, 2011, at 9:00 a.m. (Status

22 Order, § VIII).

23 **IT IS SO ORDERED.**

25 Dated:  March 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

ORDER EXTENDING DEADLINES RELATING TO
DISCOVERY, EXPERT WITNESSES AND MOTION HEARING SCHEDULE
Case No. S-09-0819-FCD-DAD