1  Daniel J. Healy (126730)
   Kelly J. Trujillo (244286)
2  LAW OFFICE OF DANIEL J. HEALY
   601 Carolina St.
3  Vallejo, California 94590
   Telephone: (707) 553-7360
4  Facsimile:  (707) 553-7364

   Attorney for Defendant
5  Castle & King, Inc.

**FILED**

MAY 1 1 2010



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, | CASE NO.: 2:09-CV-00819-FCD-DAD |
|---|---|
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER RE: DEFENDANT'S CORPORATE INCOME TAX RETURNS |
| Vs. | |
| CASTLE & KING, INC. a corporation, | |
| Defendant. | |

### RECITALS

1. Plaintiff California Sportsfishing Protection Alliance (CSPA) seeks information regarding defendant Castle and King's net worth in connection with the above-captioned matter.

2. Defendant Castle and King Rock and Ready Mix, Inc. has agreed to reveal certain information under a protective order in order to maintain its privacy surrounding sensitive financial information.

3. Specifically, the parties hereby agree that the following records will be produced under the conditions and covenants contained herein (hereinafter "Disclosed Documents"):

   a. Corporate Tax Returns Form 1120 for defendant Castle and King Rock and Ready Mix, Inc. for the years of 2007 and 2008.

1

1  4. This stipulation only pertains to the Disclosed Documents and does not affect
2  plaintiff's ability to seek any additional documents or information from defendant.

### STIPULATION

The parties hereby agree as follows:

1. The Disclosed Documents shall be kept confidential and used solely in connection with this civil matter, Case Number 2:09-CV-00819-FCD-DAD.

2. Under no circumstances shall the Disclosed Documents be used in any proceeding other than the instant case or be disseminated, in any form, except by court order or as described herein.

3. Plaintiff's counsel will be responsible for controlling access to the Disclosed Documents to the persons specified in paragraph 4.

4. Counsel for Plaintiff is prohibited from releasing, disseminating or sharing the Disclosed Documents or any information contained therein with anyone, with the exception of any other attorneys, experts, consultants or investigators working on this case on behalf of this plaintiff.

5. The information provided in the Disclosed Documents is only to be used in connection with this case and the material shall be returned to defendant's counsel at the conclusion of the case.

6. Without written permission from defendant's counsel or a court order secured after appropriate notice to all interested persons, a Party may not file in the public record in this action any Disclosed Documents. A Party that seeks to file under seal any Disclosed Documents must comply with Civil Local Rule 141. Protected material may only be filed under seal pursuant to a Court order authorizing the sealing of the specific Disclosed Documents at issue. Pursuant to Civil Local Rule 141, a sealing order will issue only upon a request establishing that the Disclosed Documents at issue is privileged or protectable as a trade secret or otherwise entitled to protection under the law.

1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2 | DATED: May 11, 2010

/s/ Erik Roper
Erik M. Roper
Law Offices of Andrew L. Packard
Attorneys for Plaintiff

DATED: May 11, 2010

/s/ Kelly Trujillo
Kelly J. Trujillo
Law Office of Daniel J. Healy
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 11, 2010

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/calsportfishing0819.stip.protord

3