ANDREW L. PACKARD (Cal. Bar No. 168690)
ERIK M. ROPER (Cal. Bar No. 259756)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 736-9227
E-mail: info@packardlawoffices.com

MICHAEL R. LOZEAU (Cal. Bar No. 143892)
Lozeau Drury LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: michael@lozeaudrury.com

Attorneys for Plaintiff California Sportfishing Protection Alliance

DANIEL J. HEALY (Cal. Bar No. 126730)
KELLY J. TRUJILLO (Cal. Bar No. 244286)
Law Office of Daniel J. Healy
601 Carolina Street
Vallejo, California 94590
Tel: (707) 553-7360
Fax: (415) 553-7364

Attorneys for Defendant Castle & King, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>CASTLE & KING, INC.,<br><br>            Defendant. | Case No. S-09-0819-FCD-DAD<br><br>**ORDER EXTENDING DEADLINES RELATING TO DISCOVERY, EXPERT WITNESSES, MOTION HEARING SCHEDULE, FINAL PRETRIAL CONFERENCE AND TRIAL DATE**<br><br>Before: Hon. Frank C. Damrell<br>Trial Date: October 18, 2011 |

On July 29, 2009, the Court issued a Status (Pretrial Scheduling) Order in the above-captioned action ("the Status Order"). Broadly stated, the Status Order requires, among other things, that: (1) All

1

[PROPOSED] ORDER EXTENDING DEADLINES RELATING TO
DISCOVERY, EXPERT WITNESSES, MOTION HEARING SCHEDULE
FINAL PRETRIAL CONFERENCE AND TRIAL DATE
Case No. S-09-0819-FCD-DAD

discovery shall be completed by May 21, 2010 (Status Order, § IV); (2) the parties must designate their expert witnesses not later than August 20, 2010 (Status Order, § V); (3) the parties must designate any supplemental expert witnesses by September 24, 2010 (Id.); (4) all expert discovery shall be completed by December 17, 2010 (Id.); and, (5) all dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be heard no later than February 25, 2011 (Status Order, § VI).

Pursuant to the parties' stipulation, on March 12, 2010, Judge Frank C. Damrell, Jr., ordered the foregoing deadlines amended as follows:  (1) All discovery shall be completed by August 19, 2010; (2) the parties must designate their expert witnesses not later than November 18, 2010; (3) the parties must designate any supplemental expert witnesses by December 23, 2010; (4) all expert discovery shall be completed by March 17, 2011; and, (5) all dispositive motions shall be heard no later than May 26, 2011.

In the interest of facilitating the parties' ongoing efforts to achieve a mutually agreeable settlement, the parties to the above-captioned matter have entered into a Joint Stipulation For Extension Of Deadlines Relating To Discovery, Expert Witnesses, Motion Hearing Schedule, Final Pretrial Conference and Trial Date ("the Joint Stipulation").  Having considered the Joint Stipulation, and good cause appearing, the Court orders the corresponding deadlines, Final Pretrial Conference and trial dates amended as follows:  (1) all discovery shall be completed by February 18, 2011; (2) no later than February 18, 2011, all counsel are to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial; (3) no later than March 23, 2011, any party who previously disclosed expert witnesses may submit a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject; (4) all expert discovery shall be completed by June 17, 2011; (5) all dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be heard no later than August 26, 2011; (6) the Final

[PROPOSED] ORDER EXTENDING DEADLINES RELATING TO
DISCOVERY, EXPERT WITNESSES, MOTION HEARING SCHEDULE
FINAL PRETRIAL CONFERENCE AND TRIAL DATE
Case No. S-09-0819-FCD-DAD

Pretrial Conference shall be set for November 4, 2011; and, (7) the trial shall be set for January 18, 2012.

Accordingly, this Order amends the dates originally set for the parties' Final Pretrial Conference and the date set for trial in the Status Order, as set forth in the above paragraph.  Further, this Order amends the deadlines established in the Court's March 12, 2010, Order relating to discovery, designation of expert and supplemental expert witnesses and the hearing of dispositive motions, as set forth in the above paragraph.

**IT IS SO ORDERED.**

Dated: June 16, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE