ANDREW L. PACKARD (State Bar No. 168690)
ERIK ROPER (State Bar No. 259756)
HALLIE B. ALBERT (State Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N Ste 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>CASTLE & KING, INC., a corporation,<br><br>　　　　　Defendants. | Case No. **2:09-cv-00819-FCD-DAD**<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE** |

**WHEREAS**, on January 20, 2009, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant Castle & King, Inc. ("Defendant") with a Notice of Violations and Intent to File Suit ("CWA Notice") under Clean Water Act §505, 33 U.S.C. §1365;

**WHEREAS**, on March 25, 2009, CSPA filed its Complaint against Defendant in this Court, *California Sportfishing Protection Alliance v. Castle & King, Inc.* (USDC, E.D. Cal., Case No. 2:09-cv-00819-FCD-DAD) and said Complaint incorporates by reference all of the allegations contained in CSPA's CWA Notice;

WHEREAS, on or about April 26, 2010, CSPA provided Defendant with a Notice of Violation ("Proposition 65 Notice Letter") under Sections 25249.5, *et seq.*, of the California Health and Safety Code ("Proposition 65");

WHEREAS, CSPA and Defendant, through their authorized representatives and without either adjudication of CSPA's claims or admission by Defendant of any alleged violation or other

wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the CWA Notice, Complaint and Proposition 65 Notice Letter, thereby avoiding the costs and uncertainties of further litigation. A copy of the agreement ("Settlement Agreement") entered into by and between CSPA and Defendant is attached hereto as Exhibit A and incorporated by reference;

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies.

WHEREAS, CSPA waived all claims, which arise from or pertain to the CWA Notice or Proposition 65 Notice Letter, or which could have been claimed under said notices, for the alleged failure of Defendant to comply with the Clean Water Act or Proposition 65 up to the Effective Date of the Consent Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and the Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties respectfully request an order from this Court dismissing such claims with prejudice. In accordance with paragraphs 2 and 19 of the Settlement Agreement, the parties also request that this Court retain and have jurisdiction over the Parties with respect to disputes arising under the Settlement Agreement.

Dated:  October 22, 2010          LAW OFFICES OF ANDREW L. PACKARD

                                  By:    /s/ Andrew L. Packard
                                  Andrew L. Packard
                                  Attorneys for Plaintiff
                                  CALIFORNIA SPORTFISHING PROTECTION
                                  ALLIANCE

Dated:  October 22, 2010          LAW OFFICE OF DANIEL J. HEALY

                                  By:    /s/ Kelly J. Trujillo
                                  (As authorized on September 27, 2010 – L.R. 131)
                                  Kelly J. Trujillo
                                  Attorneys for Defendant
                                  CASTLE & KING, INC.

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Castle & King, Inc., as set forth in the Notice and Complaint filed in Case No. 2:09-cv-00819-FCD-DAD, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Agreement attached to the parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED.

Dated: October 22, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE